FILED
CONNIE WADE
COUNTY CLERK

15 DEC 14 PM 12: 35

GREGG COUNTY, TEXAS



NO. 2013-1871

| CLIFFORD BERNARD NELSON, **APPELLANT** | § | IN THE |
|---|---|---|
| VS. | § | COUNTY COURT AT LAW # 1 |
| THE STATE OF TEXAS, **APPELLEE** | § | GREGG COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/15/2015 10:03:07 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CLIFFORD BERNARD NELSON, who was Defendant in the above styled and numbered cause, by and through his appointed counsel, EBB B. MOBLEY, and files this notice that he wishes to appeal from the order denying reconsideration to the Sixth Court of Appeals on errors arising during subsequent to trial.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX 75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289

/s/ EBB B. MOBLEY
EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000